**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **RAEGAN SWANN,** | § | |
| | § | |
| | § | **CIVIL ACTION NO.  6:20-CV-00064-JCB-** |
| **Plaintiff,** | § | **JDL** |
| | § | |
| **v.** | § | |
| | § | |
| **HARRIS & HARRIS, LTD.,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**ORDER**

Before the Court is the Notice of Settlement (Doc. No. 8) indicating that the parties to the above-captioned case have resolved their disputes. Once a settlement is reached, the Court requires the parties to submit closing documents shortly thereafter. Accordingly, the Court **ORDERS** Plaintiff Raegan Swann and Defendant Harris & Harris, Ltd., to submit closing documents no later than **July 14, 2020**. The Court further **ORDERS** that all outstanding case deadlines and court dates are vacated pending the parties' submission of closing documents.

**So ORDERED and SIGNED this 14th day of May, 2020.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1